4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case:2:20-cr-20475
Judge: Berg, Terrence G.
MJ: Patti, Anthony P.
Filed: 10-07-2020 At 01:00 PM
INDI USA V. MCLEMORE ET AL (DA)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1  TERRANCE GLEN MCLEMORE and
D-2  DAVID ANTOINE RIGGINS,

    Defendants.
_____/

**Violation:**
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
### FELON IN POSSESSION OF A FIREARM

D-1  TERRANCE GLEN MCLEMORE

On or about July 24, 2020, in the Eastern District of Michigan, the defendant, Terrance Glen McLemore, knowing he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Taurus Model G2C 9mm semi-automatic pistol, which had previously traveled in and affected interstate commerce; in violation of 18 U.S.C. § 922(g)(1).

## COUNT TWO
## 18 U.S.C. § 922(g)(1)
## FELON IN POSSESSION OF AMMUNITION

D-2   DAVID ANTOINE RIGGINS

On or about July 24, 2020, in the Eastern District of Michigan, the defendant, David Antoine Riggins, knowing he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, twenty-four (24) rounds of Tula Ammo .223 Remington caliber ammunition, five (5) rounds of Federal .223 Remington caliber ammunition, one (1) round of Sellier & Bellot 7.62x39mm caliber ammunition, one (1) round of Winchester .223 Remington caliber ammunition, and one (1) round of Lake City Armory 5.56x45mm caliber ammunition, which had previously traveled in and affected interstate commerce; in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One and Two of this Indictment are hereby incorporated by reference for purposes of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense set forth in Count One of the Indictment, the defendants, Terrance Glen McLemore and David Antoine Riggins, shall forfeit to the United States any firearms and ammunition involved in or used in any knowing violation of 18 U.S.C. §§ 922(g) or 924.

THIS IS A TRUE BILL.

*/s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
UNITED STATES ATTORNEY

Matthew Roth
Chief, Major Crimes Unit

*/s/Andrew J. Lievense*
Andrew J. Lievense
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9665
andrew.lievense@usdoj.gov

Dated: October 7, 2020

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:20-cr-20475<br>Judge: Berg, Terrence G.<br>MJ: Patti, Anthony P.<br>Filed: 10-07-2020 At 01:00 PM<br>INDI USA V. MCLEMORE ET AL (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: |

Case Title: USA v. Terrance Glen McLemore, David Antoine Riggins

County where offense occurred: Wayne

Check One:    ☒ Felony      ☐ Misdemeanor      ☐ Petty

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [Case number: 2:20-mj-30358 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 7, 2020
Date

Andrew J. Lievense
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9665
Fax:    (313) 226-2621
E-Mail address: andrew.lievense@usdoj.gov
Attorney Bar #: N/A

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.