UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:20-CR-20475-TGB |
| Plaintiff, | |
| vs. | **ORDER RESOLVING PENDING MOTIONS** |
| **D-1 TERRANCE GLEN MCLEMORE,** **D-2 DAVID ANTOINE RIGGINS**, | |
| Defendant. | |

For the reasons set out on the record during a hearing held on April 30, 2021, IT IS HEREBY ORDERED as follows:

Defendant David Riggins' Motion to Alter Terms of Release (ECF No. 29) is **GRANTED IN PART**. Bond conditions are modified as follows: Location Monitoring – Home Detention is removed; adding stand-alone GPS monitoring without curfew (open schedule) for work purposes only.

Defendant Terrance McLemore's Motion to Set a Bond (ECF No. 37) is **DENIED**, for reasons stated upon the record.

Further, the Government's Motion in Limine to Preclude Necessity/Duress Defense (ECF No. 32) is **GRANTED** without prejudice, for reasons the Court stated upon the record during the hearing on April 30, 2021.  Should counsel for Defendants wish to re-open the record on this motion, they will need to confer with counsel for the Government, and schedule an evidentiary hearing at least two weeks prior to the date of the Final Pretrial Conference.

Finally, parties are directed to submit a stipulation and proposed order setting new dates in this matter.

DATED this 4th day of May, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge